

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00292-CR

Armando **SIMON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR2132
Honorable Melisa Skinner, Judge Presiding

## O R D E R

On January 15, 2014, we abated this appeal to the trial court with instructions to appoint a new attorney to represent appellant on appeal after concluding that the record shows the existence of at least one non-frivolous ground for appeal. We received a supplemental clerk's record on January 27, 2014, containing an order appointing Anthony Colton as new appellate counsel.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that the appellant's brief is due **within thirty (30) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court